UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GALINDO, | 1:04-cv-05204-REC-SMS-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12) |
| vs. | **ORDER DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |
| ISSAC RAMIREZ, et al., | |
|     Defendants. | |

Plaintiff Arturo Galindo ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 3, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1  //
2      In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendations to
6  be supported by the record and by proper analysis.
7      Accordingly, IT IS HEREBY ORDERED that:
8      1.   The Findings and Recommendations, filed October 3,
9  2005, is ADOPTED IN FULL; and,
10     2.   This action is DISMISSED, with prejudice, for
11 plaintiff's failure to state a claim upon which relief may be
12 granted under section 1983.
13     3.   The Clerk of the Court is directed to enter judgment
14 for defendants.
15     IT IS SO ORDERED.
16 **Dated:  November 21, 2005**              /s/ Robert E. Coyle
   668554                                UNITED STATES DISTRICT JUDGE